UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-184 WMW

UNITED STATES OF AMERICA,

    Plaintiff,

                              INFORMATION

v.

ABDIMAJID MOHAMUD ELMI,

    Defendant.

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(False Statement)

On or about May 4, 2021, in the State and District of Minnesota, the defendant,

ABDIMAJID MOHAMUD ELMI,

did knowingly and willfully make false, fictitious, and fraudulent material statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States when the defendant represented to agents of the Federal Bureau of Investigation that he had had used the majority of his $150,000 Economic Injury Disaster Loan (EIDL) loan on his business and that his Comdata records would show this, representations the defendant then and there knew full well to be false. These representations were false because the defendant spent the vast majority of his $150,000 EIDL loan on gambling, not on his business, and his



SCANNED
AUG 11 2022
U.S. DISTRICT COURT MPLS

Comdata records show that he put none of the EIDL proceeds into his Comdata account. All in violation of Title 18, United States Code, Section 1001.

Dated: August 11, 2022

ANDREW M. LUGER
United States Attorney

*s/Sarah E. Hudleston*

BY: SARAH E. HUDLESTON
Assistant U.S. Attorney